Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff PHOUONE CHAO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PHOUONE CHAO, ) | Case No.: 2:14-CV-594 CKD |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND |
| ) | BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Phouone Chao ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 25, 2014; and that Defendant shall have until October 27, 2014, to file his opposition. Any reply by plaintiff will be due November 3, 2014.

1   An extension of time is needed because Plaintiff's Counsel's Spouse receives
2  weekly chemotherapy treatment for her Stage IV breast cancer which metastasized
3  initially to her liver and continues to progress there and in her lungs, throat, and
4  spine.  Counsel requires the additional time to file the Opening Brief to allow him to
5  devote the appropriate time to assist his Spouse and his two elementary school aged
6  children through this obviously stressful experience.  Counsel sincerely apologizes
7  to the court for any inconvenience this may have had upon it or its staff.

9  DATE: August 25, 2014          Respectfully submitted,

10                                 LAW OFFICES OF LAWRENCE D. ROHLFING

11                                   /s/ *Steven G. Rosales*
                            BY: _____
12                          Steven G. Rosales
                            Attorney for plaintiff PHOUONE CHAO

14  DATED:  August 25, 2014        BENJAMIN WAGNER
                                   United States Attorney

17                                 */S/- Ben A. Porter

18                                 _____
                                   Ben A. Porter
19                                 Special Assistant United States Attorney
                                   Attorney for Defendant
20                                 [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including September 25, 2014, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to October 27,
4 2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due November 3, 2014.
6    IT IS SO ORDERED.
7 Dated:  September 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE