Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  PHOUONE CHAO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| PHOUONE CHAO, | ) Case No.:  2:14-CV-594 CKD |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Phouone Chao ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 2, 2014; and that Defendant shall have until December 31, 2014, to file his opposition.  Any reply by plaintiff will be due January 21, 2015.

1    An extension of time is needed because Plaintiff's Counsel's Spouse

2    undergoes chemotherapy treatment for her Stage IV breast cancer which

3    metastasized initially to her liver and continues to progress there and in her lungs,

4    throat, and spine which required recent hospitalization to treat.  Counsel requires the

5    additional time to file the motion for summary judgment to allow him to devote the

6    appropriate time to assist his Spouse and his two elementary school aged children

7    through this obviously stressful experience.  Counsel sincerely apologizes to the

8    court for any inconvenience this may have had upon it or its staff.

9

10   DATE: October 1, 2014              Respectfully submitted,

11                                      LAW OFFICES OF LAWRENCE D. ROHLFING

12                                      /s/ *Steven G. Rosales*
                                        BY: _____
13                                      Steven G. Rosales
                                        Attorney for plaintiff PHOUONE CHAO

14

15   DATED:  October 1, 2014            BENJAMIN WAGNER
                                        United States Attorney

16

17

18                                      */S/- Ben A. Porter

19                                      _____

20                                      Ben A. Porter
                                        Special Assistant United States Attorney
21                                      Attorney for Defendant
                                        [*Via email authorization]

22

23

24

25

26

1      IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2  and including December 2, 2014, in which to file Plaintiff's Motion for Summary

3  Judgment or Remand; Defendant may have an extension of time to December 31,

4  2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be

5  due January 21, 2015.  No further extensions of time will be granted.

6      IT IS SO ORDERED.

7  Dated:  October 2, 2014

8  _____
   CAROLYN K. DELANEY
9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-